# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. CHANLER CHAZE WHITEGRASS, Defendant. | CR 15-31-GF-BMM  **ORDER** |

This case was referred to United States Magistrate Judge John Johnston for a revocation hearing and findings and recommendations. Judge Johnston entered his Findings and Recommendations on July 11, 2018. Defendant admitted that he had violated the conditions of his supervised release: 1) by failing to notify his probation officer of a change in address; 2) by consuming alcohol; 3) by failing to maintain employment; and 4) by failing to follow the instructions of his probation officer. Judge Johnston found the admissions sufficient to establish the supervised release violations. Judge Johnston recommended that this Court revoke Defendant's supervised release and commit him to the custody of the United States Bureau of Prisons for a term of imprisonment of 6 months, with 28 months of supervised release to follow.

No objections were filed by either party. Judge Johnston's findings

and recommendations are therefore reviewed for clear error. *McDonnell Douglas Corp. Commodore Bus. Mach, Inc.,* 656 F.2d 1309, 1319 (9th Cir. 1981).

This Court agrees with Judge Johnston's findings and recommendations. Defendant admitted that he had violated his supervised release conditions. Defendant could be incarcerated for up to 24 months, followed by 34 months of supervised release less any custody time imposed. The United States Sentencing Guidelines call for a term of imprisonment of three to nine months. A sentence of 6 months in custody, followed by 28 months of supervised release is appropriate. The sentence is sufficient but not greater than necessary.

IT IS ORDERED that Judge Johnston's Findings and Recommendations (Doc. 51) are ADOPTED in full and Judgment shall be entered accordingly.

DATED this 31st day of July, 2018.

_____
Brian Morris
United States District Court Judge