# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CHANLER CAZE WHITEGRASS, <br><br> Defendant. | CR-15-31-GF-BMM-JTJ <br><br><br> **ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on June 11, 2019. (Doc. 72). Neither party filed objections. When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on June 11, 2019. The United States alleged that Whitegrass had violated the conditions of his supervised release by: 1) failing to notify his probation officer of a change in residence; 2) failing to follow the instructions of his probation officer; and 3) consuming

alcohol. Whitegrass admitted to the alleged violations. (Doc. 72 at 2). The violations prove serious and warrant revocation of Whitegrass's supervised release.

Judge Johnston has recommended that the Court revoke Whitegrass's supervised release and commit Whitegrass to the custody of the Bureau of Prisons for ten (10) months. *Id.* Judge Johnston further has recommended that supervised release should not follow his custody period. *Id.*

The Court finds no clear error in Judge Johnston's Findings and Recommendations. Whitegrass's violations represent a serious breach of the Court's trust. A custody term of ten (10) months with no supervised release to follow proves sufficient but not greater than necessary.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 72) are **ADOPTED IN FULL**.

**IT IS FURTHER ORDERED** that Defendant Chanler Craze Whitegrass receive a custody sentence for ten (10) months with no supervised release to follow.

DATED this 1st day of July, 2019.

Brian Morris
United States District Court Judge